Andrew P. Rundquist, SBN 262523
Law Office of Andrew P. Rundquist
501 W Broadway, Suite A144
San Diego, CA 92101
(619)992-9148
andrew@rundquistlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DOUGLAS HARTUNG, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

FINANCE SYSTEM OF RICHMOND, INC.; and DOES 1 through 10, inclusive,

                    Defendants.

Case No.: 22-CV-1125-AJB-WVG

**Joint Motion to Dismiss**

Plaintiff Douglas Hartung and Defendant Finance System of Richmond, Inc, dba Radiologybill by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby jointly move for dismissal of this action in its entirety without prejudice.  Each party to bear its own costs and fees.

Dated: April 4, 2023

Dated: April 4, 2023

LAW OFFICE OF ANDREW P. RUNDQUIST
*/s/Andrew P. Rundquist*
Andrew P. Rundquist
Attorney for Plaintiff

CARLSON & MESSER LLP
*/s/ Mackenzie C. Gonzales*
Mackenzie C. Gonzales
Attorneys for Defendant

1