**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS HARTUNG, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>FINANCE SYSTEM OF RICHMOND, INC.; and DOES 1 through 10, inclusive,<br><br>                      Defendants. | Case No.: 22-CV-1125-AJB-WVG<br><br>**Order Granting Joint Motion to Dismiss** |

Based on the joint motion of the parties to dismiss this action in its entirety without prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety without prejudice. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: April 12, 2023

Hon. Anthony J. Battaglia
United States District Judge

1